# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jhalil Hodges Esters**<br>DOB: 1997; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**22-01505MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 27, 2022, in the District of Arizona, **Jhalil Hodges Esters**, knowing and in reckless disregard of the fact that certain illegal aliens, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On January 27, 2022, at approximately 8:55 p.m., Border Patrol Agents (BPAs) received a report from a Mobile Surveillance Capabilities (MSC) camera operator who observed a group of five suspected undocumented non-citizens running westbound from the San Pedro River towards the corner of Smith Avenue and Clinton Lane. At approximately 9:00 p.m., BPAs received another report of a truck in the area that was seen driving back and forth before stopping at the south end of Smith Avenue. After a couple minutes, the truck was then seen driving northbound. As BPAs responded to the area, they gained visual of a white Ford F-350. BPAs began following the truck and attempted to conduct a vehicle stop for an immigration inspection on the passengers of the vehicle. When BPAs activated their lights and sirens, the truck accelerated and created a large dust cloud. BPAs terminated the vehicle stop attempt due to lack of visibility and public safety. At approximately 9:06 p.m., other BPAs in the area regained visual of the truck as it drove eastbound on State Route (SR) 92 and turned north on Palominos Road. BPAs responded to the area and again attempted to conduct a vehicle stop after it turned on Hereford Road and approached Land Grant Road. The truck again failed to yield to BPAs emergency lights and sirens. The truck was then seen unsuccessfully navigating a turn on Pintek Lane where it knocked over a utility pole and the vehicle became disabled. As BPAs approached the truck, the front seat passenger was seen exiting the vehicle and absconding northbound. BPAs secured the driver, later identified as **Jhalil Hodges ESTERS**, and four other passengers. The subject that was seen running from the truck was also apprehended a short time later. **ESTERS** was determined to be a United States citizen while the other five passengers, to include George Ariel Santiago-Flores, were all determined to not possess the proper documentation to enter, pass through or remain in the United States legally.

Records checks revealed that George Ariel Santiago-Flores does not possess the proper documentation to enter, pass through or remain in the United States legally. Santiago-Flores was previously removed from the United States on January 31, 2019.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/pl | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 28, 2022 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54